IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TERRI LYNN GREENWOOD                                                              PLAINTIFF

V.                                  NO.  3:10-cv-00016 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                            DEFENDANT

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case with prejudice.

IT IS SO ORDERED this 30th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE